MAX BALKIND v. A. J. NUTTING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GEORGE J. ELISBERG v. ALBERT H. COHEN. SAMUEL H. WOLLMAN v. ALBERT H. COHEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ELSIE MCCORMACK v. GLEN OAKS DEVELOPMENT CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ADAMS BROADCASTING SERVICE, INC., v. CONSOLIDATED CIGAR CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD MANASSA and HOWARD COLGAN.— Motion for a reargument denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. BEN FRANKLIN INVESTMENT CORPORATION and Others.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

EMPIRE TRUST COMPANY, as Trustee, etc., v. KERMACOE REALTY Co., INC., and Others, Impleaded with 261 WEST THIRTY-NINTH STREET CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CECILE SNYDER v. GREGORY DRACON and Others, Impleaded with THREE THIRTY WEST EIGHTY-SIXTH STREET CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant, appellant, filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of WILLARD H. JONES, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RAE GABOWITZ v. MAX M. HOLZER and Others, Impleaded with MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.